WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6892
FAX: (206) 220-6916
TERI.HEALY@EEOC.GOV

ATTORNEYS FOR PLAINTIFF

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CV'07- ,1350  SU<br>CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| WHEELER COUNTY, | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. section 621 *et seq.* ("ADEA"), to correct unlawful employment practices on the basis

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

of age and to provide appropriate relief to Patricia Hyatt, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("the EEOC") alleges that defendant Wheeler County (referred to herein as "the County" or "defendant") violated the ADEA when it failed to hire Ms. Hyatt because of her age.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the ADEA, 29 U.S.C. §626(b), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.  At all relevant times, defendant Wheeler County has continuously been a Political Subdivision of the State of Oregon.

5.  At all relevant times, defendant Wheeler County has continuously been an employer within the meaning of section 11(b) of the ADEA, 29 U.S.C. § 630(b).

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Patricia Hyatt filed a charge of discrimination with the Commission alleging a violation of the ADEA by Wheeler County. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least August 1, 2006, defendant engaged in unlawful employment practices at its County Assessor's office in Fossil, Oregon in violation of Section 623 (a) of the ADEA, 29 U.S.C. §§ 623 (a). These practices include failing to hire Ms. Hyatt for the position of part-time office assistant because of her age.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Ms. Hyatt of equal employment opportunities and otherwise adversely affect her status as an applicant for employment because of the discrimination that occurred.

10. The unlawful employment practices complained of in paragraph 8 above were and are willful within the meaning of Section 7 (b) of the ADEA, 29 U.S.C. § 626 (b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

A.  Grant a permanent injunction enjoining defendant and it officers, agents, successors, assigns, and all persons in active concert or participation with them, from engaging in discrimination against any of their applicants or employees.

B.  Order defendant to institute and carry out policies, practices, and programs which prevent its employees from being subjected to discrimination and which eradicate the effects of past and present unlawful employment practices.

C.  Order defendant to make whole Ms. Hyatt by providing appropriate back pay in an amount to be determined at trial, an equal sum as liquidated damages, prejudgment interest, front pay and other affirmative relief necessary to eradicate the effects of its unlawful employment practices described above.

D.  Grant such further relief as the Court deems necessary and proper in the public interest.

E.  Award the Commission its costs of this action.

//
//
//
//
//
//
//
//
//
//
//

COMPLAINT- Page 4 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 10th day of September, 2007.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | RONALD S. COOPER<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| TERI HEALY<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY:  /s/ William R. Tamayo
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Ste. 500
San Francisco, California 94105-1260
Telephone (415) 625-5645
Facsimile (415) 625-5657

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882